**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7594**

———————————

FRANKLIN E. DENNISON,

Petitioner - Appellant,

versus

ROBERT E. WARD, Warden; MICHAEL MOORE, Commissioner; ATTORNEY GENERAL OF SOUTH CAROLINA,

Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Matthew J. Perry, Jr., Senior District Judge.  (CA-96-3365-10BD)

———————————

Submitted:  March 25, 1999          Decided:  March 30, 1999

———————————

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Franklin E. Dennison, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Franklin E. Dennison filed an untimely notice of appeal. We dismiss for lack of jurisdiction. The time periods for filing notices of appeal are governed by Fed. R. App. P. 4. These periods are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). Parties to civil actions have thirty days within which to file in the district court notices of appeal from judgments or final orders. Fed. R. App. P. 4(a)(1). The only exceptions to the appeal period are when the district court extends the time to appeal under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6).

The district court entered its order on February 21, 1997; Dennison's notice of appeal was filed on October 26, 1998, which is beyond the thirty-day appeal period. Dennison's failure to note a timely appeal or obtain an extension of the appeal period leaves this court without jurisdiction to consider the merits of Dennison's appeal. We therefore deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2